**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants Las Vegas Metropolitan Police Department, Ofc. Freeman, Ofc. Sigmund, and Sgt. Wilson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC M. CREMA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER MICHAEL R. FREEMAN, individually and in his official capacity; OFFICER D. SIGMUND, P#8102, individually and in her official capacity; SGT. WILLIAM M. WILSON, individually and in his official capacity; DOE OFFICERS I through X, inclusive and ROE OFFICERS XI through XX,<br><br>    Defendants. | Case Number:<br>2:17-cv-01535-RFB-MDC |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Defendants Las Vegas Metropolitan Police Department ("LVMPD"), Officer Michael Freeman, Officer Danielle Sigmund and Sergeant William Wilson ("LVMPD Defendants"), by and through their attorney of record, Craig R. Anderson, Esq. of Marquis Aurbach, and Plaintiff Eric M. Crema ("Plaintiff"), by and through his counsel of record, E. Brent Bryson, Esq., that the above-referenced matter is hereby dismissed with prejudice; and

/ / /

/ / /

MAC: 14687-076 (#5690942.1)

1   IT IS FURTHER STPULATED that all parties bear their own attorney fees and costs.

2   Dated this 25th day of November, 2024.

MARQUIS AURBACH                                E. BRENT BRYSON, LTD.

By:   *s/Craig R. Anderson*                    By:   *s/E. Brent Bryson*
    Craig R. Anderson, Esq.                      E. Brent Bryson, Esq.
    Nevada Bar No. 6882                          Nevada Bar No. 4933
    10001 Park Run Drive                         375 E. Warm Springs Rd., Ste. 104
    Las Vegas, Nevada 89145                      Las Vegas, Nevada 89119
    Attorney for Defendants                      Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED the above-referenced matter is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED all parties bear their own attorney fees and costs.

ORDERED:

Dated:  November 25, 2024



United States District Court Judge

MAC: 14687-076 (#5690942.1)